# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16-CR-3013-AJB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| HECTOR BERNARDO CRUZ-GALVAN, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case against defendant Hector Bernardo Cruz-Galvan be dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 3, 2017

_____
Hon. Anthony J. Battaglia
United States District Judge